**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7551

DONALD TERRELL RICE,

Petitioner - Appellant,

versus

TERRY O'BRIEN, Warden, United States
Penitentiary - Lee,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (7:06-cv-00464-sgw; 9:06-cv-01741-MBS)

Submitted: November 21, 2006     Decided: December 4, 2006

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Donald Terrell Rice, Appellant Pro Se. John L. Brownlee, United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Terrell Rice, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Rice v. O'Brien</u>, Nos. 7:06-cv-00464-sgw; 9:06-cv-01741-MBS (W.D. Va. Aug. 10, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>